UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EVITA JULES,

                Plaintiff,

-against-

COSMETIC AND RECONSTRUCTION
DENTISTRY, DR. MICHAEL CHESNER D.D.S.,
AND DR. ROBERT B. VOGEL, D.D.S., PLLC,
                Defendants.
-----------------------------------------------------------X

19 CIVIL 5008 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 7, 2020, the R&R is ADOPTED in its entirety. Defendants' motion to dismiss is GRANTED. Because the R&R gave the parties adequate warning, see R&R, Dkt. 23 at 1112, Plaintiff's failure to file adequate and specific objections to the R&R precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008); Mario, 313 F.3d at 766; accordingly, the case is closed.

**Dated:** New York, New York
         January 8, 2020

                                                    RUBY J. KRAJICK
                                                    Clerk of Court
                          **BY:**
                                                          Deputy Clerk