UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

EVITA JULES,

                         Plaintiff,

-against-

COSMETIC AND RECONSTRUCTION
DENTISTRY, DR. MICHAEL CHESNER D.D.S.,
AND DR. ROBERT B. VOGEL, D.D.S., PLLC,
                         Defendants.

-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

19 **CIVIL** 5008 (VEC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 6, 2020, the R&R is ADOPTED in full. Defendants' motion to dismiss is GRANTED. Because the R&R gave the parties adequate warning, see R&R, Dkt. 23 at 1112, Plaintiff's failure to file adequate and specific objections to the R&R precludes appellate review of this decision. See Caidor v. Onondaga Cty., 517 F.3d 601, 604 (2d Cir. 2008); Mario, 313 F.3d at 766. Accordingly, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and, therefore, permission to proceed in forma pauperis for purposes of appeal is denied; accordingly, the case is closed.

**Dated:** New York, New York
          March 9, 2020

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                      **BY:**

                                                          **Deputy Clerk**